UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

FILED
JUN 24 12 05 PM '05

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | 05- 121 M |
| | ) | |
| SAMSON G. PRUITT | ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT ONE

On or about June 23, 2005, in the Eastern District of Tennessee, the defendant, SAMSON G. PRUITT, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in commerce and affecting commerce firearms and ammunition, to wit:

- Marlin, Model 60 SB, .22 caliber semi-automatic rifle;

- Charles Daly, model "Field," .12 gauge semi-automatic shotgun;

- Marlin 336W, .30-.30 caliber, lever action rifle;

- and ammunition.

[Title 18, United States Code, Sections 922(g)(1)]

### COUNT TWO

On or about June 23, 2005, in the Eastern District of Tennessee, the defendant, SAMSON G. PRUITT, did knowingly, intentionally, and without authority manufacture one hundred

or more marijuana plants, a Schedule I, controlled substance as more fully described in the attached affidavit.

[Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)]

_David Wiley_
ATF SA DAVID WILEY
Complainant

Sworn to before me and subscribed in my presence,

June 24, 2005,
Greeneville, Tennessee.

_____
Signature of Judicial Officer

HONORABLE DENNIS H. INMAN
United States Magistrate Judge

# AFFIDAVIT

STATE OF TENNESSEE )
)
COUNTY OF GREENE )

Your affiant, being duly sworn states the following:

1. Your affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and have been employed as such since September of 2001. The statements set for in this affidavit are true and correct to the best of my knowledge:

2. On the evening of June 23, 2005, your affiant and agents of the Fourth Judicial District Drug Task Force, Tennessee Bureau of Investigation executed a state search warrant at the residence of Samson G. Pruitt, located in Cocke County, Tennessee. The search warrant was based on probable cause to believe that Pruitt was manufacturing and trafficking in large quantities of marijuana.

3. Upon entry to the residence, officers found a large indoor grow operation which included grow lights, reflectors, potting material, as well as in excess of six hundred growing marijuana plants.

4. Also found during the search of the residence in Samson's bedroom closet were three firearms, specifically a Marlin, Model 60 SB, .22 caliber semi-automatic rifle; a Charles Daly, model "Field," .12 gauge semi-automatic shotgun; and a Marlin 336W, .30-.30 caliber, lever action rifle. The officers also found over fourteen hundred rounds of ammunition, including ammunition in 9mm and .45 caliber.

5. After being mirandized, Pruitt confirmed that he was a convicted felon based on a prior conviction for felony marijuana charges. He also admitted ownership of the marijuana grow operation and growing marijuana, and admitted to officers that he was a regular user of marijuana and a user of cocaine.

6. A check of NCIC records also indicated that Pruitt had an outstanding warrant out of the state of Georgia, based on his violation of conditions of release for parole.

Further affiant saith not.

_____
SA DAVID WILEY
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Subscribed and sworn to before me this on June 24, 2005.

_____
DENNIS H. INMAN
U.S. Magistrate Judge