UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

FILED
JUL 11  1 32 PM '05

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 2:05-CR-61 |
| | ) | Mag. No. 2:05-MJ-121 |
| SAMSON G. PRUITT | ) | |

## INFORMATION

The United States Attorney charges that on or about June 23, 2005, in the Eastern District of Tennessee, the defendant, SAMSON G. PRUITT, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in commerce and affecting commerce firearms and ammunition, to wit:

- Marlin, Model 60 SB, .22 caliber semi-automatic rifle;

- Charles Daly, model "Field," .12 gauge semi-automatic shotgun;

- Marlin 336W, .30-.30 caliber, lever action rifle;

- and ammunition.

[Title 18, United States Code, Section 922(g)(1)]

## COUNT TWO

The United States Attorney further charges that on or about June 23, 2005, in the Eastern District of Tennessee, the defendant, SAMSON G. PRUITT, did knowingly, intentionally, and

without authority manufacture one hundred or more marijuana plants, a Schedule I, controlled substance.

[Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)]

HARRY S. MATTICE, JR.
United States Attorney

ROBERT M. REEVES
Assistant U.S. Attorney